**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Darrell Lee Azure, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Turtle Mountain Tribal Court, | ) | |
| | ) | Case No.  4:08-cr-095 |
| Defendant. | ) | |

_____

On November 4, 2008, the plaintiff, Darrell Lee Azure ("Azure"), filed what is styled as a complaint pursuant to 42 U.S.C. § 1983.  Construing Azure's complaint as a petition for habeas corpus relief pursuant to Section 1303 of the Indian Civil Rights Act, the court, on November 10, 2008, entered an order to show cause why Azure's petition should not be granted.  The court now finds it necessary to grant Respondent an extension.  Accordingly, Respondent shall have until December 19, 2008, to file a response to the court's November 10, 2008, order.

**IT IS SO ORDERED.**

Dated this 15th day of December, 2008.

*/s/  Charles S.  Miller, Jr.*
Charles S.  Miller, Jr.
United States Magistrate Judge