**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Darrell Lee Azure, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER ADOPTING REPORT** |
| | ) | **AND RECOMMENDATION** |
| vs. | ) | |
| | ) | |
| Turtle Mountain Tribal Court, | ) | |
| | ) | Case No. 4:08-cv-095 |
| Defendant. | ) | |

_____

Before the Court is the Plaintiff's petition for habeas corpus relief pursuant to Section 1303

of the Indian Civil Rights Act filed on November 12, 2008.  See Docket No. 3.  On December 19,

2008, the Defendant filed a Motion to Dismiss for Failure to Exhaust Tribal Court Remedies.  See

Docket No. 7.  Magistrate Judge Charles S. Miller, Jr. reviewed the pending motions and, on

December 22, 2008, submitted a Report and Recommendation.  See Docket No. 9.  Judge Miller

found that the Court should require the Plaintiff to exhaust his tribal court remedies by seeking relief

from the Turtle Mountain Tribal Court of Appeals.  Judge Miller recommended that the Defendant's

motion to dismiss be granted and that the Plaintiff's habeas corpus petition be denied without

prejudice to a later refiling after available tribal remedies have been exhausted or the Plaintiff is able

to demonstrate that exhaustion would be futile.  The Plaintiff was given ten (10) days to file an

objection to the Report and Recommendation.  The Plaintiff did not file an objection.

The Court has reviewed the Report and Recommendation, relevant case law, and the record

as a whole and finds the Report and Recommendation to be persuasive.  Accordingly, the Court

**ADOPTS** the Report and Recommendation (Docket No. 9) in its entirety, **GRANTS** the

Defendant's Motion to Dismiss (Docket No. 7), and **DENIES** the Plaintiff's habeas corpus petition

(Docket No. 3) without prejudice to a later refiling after available tribal remedies have been

exhausted or the Plaintiff is able to demonstrate that exhaustion would be futile.

**IT IS SO ORDERED.**

Dated this 15th day of January, 2009.

/s/  Daniel L. Hovland
Daniel L. Hovland, Chief Judge
United States District Court